

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2014

No. 04-14-00509-CV

Gloria **OCHOA**,
Appellant

v.

**NAIL FLOWER BEAUTY SALON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12691
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 30, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court